IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| WILLIAM DAVID WHITE and<br>DEBBIE WHITE | §<br>§<br>§ | |
| V. | §<br>§ | NO. 1:07-CV-238 |
| ALLSTATE TEXAS LLOYD'S and<br>ALLSTATE TEXAS LLOYD'S INC. | §<br>§<br>§ | |

**ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a Referral Order entered on April 30, 2007.  The magistrate judge recommends that this action be consolidated with another pending action that involves identical parties and common questions of fact and law (Cause No. 1:07-CV-918).  No objections to the magistrate judge's report and recommendation have been filed.

The court has considered the magistrate judge's report, and concludes that the proposed findings of fact and conclusions of law are correct.  Accordingly, the magistrate judge's report is hereby **ADOPTED**.

By separate order, this case will be consolidated with the action listed above.

**SIGNED** this the **11** day of **February, 2008.**

_____
Thad Heartfield
United States District Judge